
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 03 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN FUSELIER<br>　　　Plaintiff | CIVIL ACTION NO. 08-1577 |
| VERSUS | |
| LA SECRETARY, et al<br>　　　Defendant | US DISTRICT JUDGE DEE D. DRELL<br>U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the plaintiff's request for temporary restraining order and/or preliminary injunction be DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 3RD day of FEBRUARY, 2009.

　　　　　　　　　　　　　　　　　　Dee D. Drell
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**